ALEXANDER JARVIS *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF
MANCHESTER

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Laurence P. Rubinow,* in support of the petition.

*David M. Barry,* in opposition.

Submitted April 16—decided May 1, 1973

BRENDA NEAL ET AL. *v.* SHIELS, INC., ET AL.

The plaintiffs' motion to expunge the defendants' amended assignment of errors dated March 9, 1973, and filed March 12, 1973, in the appeal from the Superior Court in Hartford County is denied.

*William F. Gallagher,* in support of the motion.

*Everett F. Fink,* in opposition.

Submitted April 17—decided May 1, 1973

RICHARD MAULUCCI *v.* ALCO DEVELOPMENT COMPANY

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Michael P. Berman,* in support of the petition.

Submitted April 19—decided May 1, 1973

ANDERSON & MCPADDEN, INC., ET AL. *v.* OTTO TUNUCCI
ET AL.

The defendants' motion from the Superior Court in Fairfield County for permission to amend its appeal to this court is denied.

*Paul V. McNamara,* in support of the motion.